**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| Re: FRED WILLIAM FREITAG, | ) | 2:26-mc-00937-CB |
| *Pa. ID No. 61770.* | ) | |
| | ) | Chief Judge Cathy Bissoon |

**ORDER**

Fred William Freitag, IV, Esq., has not timely responded to the Court's Order to Show Cause; and, thus, has not shown cause under LCvR 83.3.D why the discipline entered by the State Court/Bar should not be entered, reciprocally, here. It, therefore, is **ORDERED** that Attorney Freitag hereby is suspended by this Court for a period of one year and one day, effective July 10, 2026.

The Clerk of Court shall suspend Attorney Freitag's CM/ECF user account(s), and identify Attorney Freitag as being suspended in the Court's attorney admission records.

Petitions for reinstatement are governed by LCvR 83.3.G. Given that Attorney Freitag's CM/ECF user account(s) have been deactivated, all papers for filing, including any petition for reinstatement, shall be transmitted to the undersigned's Chambers. Submissions(s) must be accompanied by a cover letter briefly summarizing the circumstances leading thereto.

Hard copies may be sent, via First-Class U.S. Mail, to the following address:

Chief Judge Cathy Bissoon's Chambers
Re: Suspended or Disbarred Attorney/Reinstatement
Attn: DCD
U.S. Courthouse
Pittsburgh, PA 15219

Alternatively, submissions may be emailed to: Bisson_External@pawd.uscourts.gov – Subject line: "Re: Suspended or Disbarred Attorney/Reinstatement." The "cover letter" summary may be provided in the body of the email message.

A copy of this Order will be sent to the address identified in the Court's Order to Show Cause.

IT IS SO ORDERED.

November 17, 2026

s/Cathy Bissoon
Cathy Bissoon
Chief United States District Judge

cc (via First-Class U.S. Mail):

Fred William Freitag, IV, Esq.
Law Office of Fred W. Freitag IV
1041 Applejack Drive
Gibsonia, PA 15044

Kaitlin Gorman, Esq.
Prothonotary, PA Supreme Court
414 Grant St.
City-County Building, Suite 801
Pittsburgh, PA 15219

cc (via email):

Patricia S. Dodszuweit (patricia_dodszuweit@ca3.uscourts.gov)
Peter J. Welsh (Peter_Welsh@pamd.uscourts.gov)
George Wylesol (George_Wylesol@paed.uscourts.gov)
Michael R. Rhodes (Michael_Rhodes@pawb.uscourts.gov)
Mr. James M. Fox, Esq. (DBoard.D4@pacourts.us)
Disciplinary Counsel-In-Charge